420 Lexington Avenue  
New York, NY 10170  
www.mta.info

**Justin Vonashek**  
President



# MTA Metro-North Railroad

September 25, 2025

Hon. Katherine Polk Failla  
United States District Court  
Southern District of New York  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007



MEMO ENDORSED

<u>Via ECF</u>

    *Re:*   **Williams v. Metro North Commuter Railroad**  
            <u>**24 CV 05284 (KPF)**</u>

Dear Judge Failla:

The parties respectfully submit this joint status letter pursuant to the Case Management Plan and Scheduling Order. Discovery is now complete and the parties have begun to discuss resolution of this matter. As we indicated in the Case Management Plan, we believe that a settlement conference before a Magistrate Judge would be assistive in this case. Accordingly, we respectfully request referral to a magistrate judge for that purpose. We also respectfully request an adjournment next week's conference, currently scheduled for September 30, 2025 to a date after completion of the anticipated settlement conference.

The parties thank the Court for its consideration of these requests.

Haley Stein, General Counsel  
Metro-North Commuter Railroad

By: _____  
      Andrew Muccigrosso  
      Attorney for Defendant Metro-North  
      420 Lexington Avenue, 11th Floor.  
      New York, New York 10170  
      (212) 340-2538

Cc: Philip J. Dinhofer, Esq. (via ECF)

The Court thanks the parties for the above update. Given the parties' desire to participate in a settlement conference before a Magistrate Judge, the post-fact pretrial conference currently scheduled for September 30, 2025, is hereby ADJOURNED *sine die*.

The Court will reschedule the conference in light of the the result of the settlement conference. Additionally, the Court will enter a magistrate referral order under separate cover.

The Clerk of Court is directed to terminate the pending motion at docket entry 18.

Dated:    September 25, 2025          SO ORDERED.
          New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE